IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN ESPEY, III, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24CV128 |
| | ) | |
| UNIVERSITY OF NORTH CAROLINA HEALTH CARE SYSTEM, and BENJAMIN E. HAITHCOCK, M.D., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING JOINT RULE 26(f) REPORT AND LOCAL RULE 5.5 REPORT**

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 39) and Local Rule 5.5 Report (Docket Entry 40) submitted by the parties which, *inter alia*, adopts the default procedures of Local Rule 5.4(c) regarding filing documents under seal. The Court approves both with the following modification:

1. The date for the completion of all discovery (general and expert) is March 2, 2026.

                                                /s/ Joe L. Webster
                                          United States Magistrate Judge

Date: August 15, 2025